FILED

2025 Oct-31  PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| SOUTHWIND RISK RETENTION GROUP, <br><br> Plaintiff, <br><br> v. <br><br> FVC LOGISTICS, LLC; LIONDYS MATIAS BRITO; CHRISTOPHER DONAVIN KIRTON; KRISTIN WATERS SULLIVAN, as PERSONAL REPRESTATIVE of THE ESTATE of BAILEY NOELLE KIRTON; AMAZON.COM, INC.; AMAZON LOGISTICS, INC.; AMAZON.COM SERVICES, LLC, <br><br> Defendants. | CASE NO.: _____ |

---

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff SOUTHWIND RISK RETENTION GROUP ("Southwind") files this action pursuant to 28 U.S.C. § 2201 and 28 U.S.C. § 1332 seeking a declaratory judgment of no coverage and that defense and indemnity are not due under a commercial auto policy ("Policy") issued to Defendant FVC Logistics, LLC for claims related to a lawsuit currently pending in the United States District Court for the Northern District of Alabama styled as *Christopher Donavin Kirton et al. v.*

1

*Liondys Matias Brito et al.*, 3:25-cv-00577-MHH ("Underlying Lawsuit"). Ex. A. There is no coverage under the Policy because Liondys Matias Brito, the driver operating the insured vehicle on behalf of FVC Logistics, was not a listed driver on the Policy when the accident occurred.

## PARTIES

1.     Plaintiff Southwind is a corporation organized under the laws of the State of North Carolina with its principal place of business in North Carolina and is therefore a citizen of the state of North Carolina.

2.     Defendant FVC Logistics, LLC is foreign limited liability company organized under the laws of the State of Florida of which Felipe Veloz, a resident and citizen of the State of Florida, is the sole member.  Therefore, FVC Logistics is considered a citizen of the State of Florida.

3.     Defendant Liondys Matias Brito is a resident and citizen of the State of Florida.

4.     Defendant Christopher Donavin Kirton is a resident and citizen of the State of Texas.

5.     Defendant Kristin Waters Sullivan is the duly appointed personal representative of the Estate of Bailey Noelle Kirton.  At the time of her death, decedent Bailey Noelle Kirton was a resident and citizen of the state of Texas.

2

Therefore, Sullivan, in her capacity as the personal representative of the Estate of Bailey Noelle Kirton, is considered a citizen of the State of Texas.

6.      Defendant Amazon Logistics, Inc. is a foreign corporation formed under the laws of the State of Delaware with its principal place of business in the State of Washington. Therefore, Amazon Logistics is a citizen of the states of Delaware and Washinton.

7.      Defendant Amazon.Com Inc. is a foreign corporation formed under the laws of the State of Delaware with its principal place of business in the State of Washington. Therefore, Amazon.Com is a citizen of the states of Delaware and Washinton.

8.      Defendant Amazon.com Services LLC is a foreign limited liability company of which its sole member is Amazon.com Sales, Inc.  Amazon.com Sales Inc. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Washington. Therefore, Amazon.com Services is a citizen of the states of Delaware and Washinton

**<u>JURISDICTION AND VENUE</u>**

9.      This Court has jurisdiction pursuant to 28 U.S.C. Sections 1332 and 2201 to render a declaratory judgment establishing the parties' rights under the contract of insurance.  There is an actual controversy regarding Southwind's duty to defend and indemnify FVC Logistics or Brito under the policy, complete diversity

of citizenship exists between the parties, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

10.     Venue is appropriate in the Northern District of Alabama because the accident at issue occurred in Lawrence County, Alabama and the Underlying Lawsuit arising from that accident for which coverage is at issue is pending there. Ex. A.

**FACTUAL ALLEGATIONS**

11.     As alleged in the Underlying Lawsuit, on November 21, 2023, Christopher Kirton and his daughter Bailey Noelle Kirton were involved in an accident in Lawrence County, Alabama with a tractor trailer driven by Brito.   Ex. A at ¶¶ 43-47.

12.     As alleged in the Underlying Lawsuit, at the time of the accident, Brito was driving a tractor owned by FVC Logistics and transporting cargo in a trailer owned by the Amazon Defendants. Ex. A at ¶ 45.

13.     As alleged in the Underlying Lawsuit, Bailey Noelle Kirton was killed and her father Christopher Kirton sustained injuries in the accident. Ex. A at ¶¶ 48-49.

14.     Thereafter, Christopher Kirton and Kristen Waters Sullivan, as the duly appointed personal representative of the Estate of Bailey Noelle Kirton, filed the

Underlying Lawsuit in Lawrence County, Alabama, which was later removed to the United States District Court for the Northern District of Alabama on April 17, 2025.

15. The plaintiffs in the Underlying Lawsuit have identified Brito as the driver of the tractor owned by FVC Logistics and pulling a trailer owned by the Amazon defendants that was involved in the incident. Ex. A at ¶¶ 42, 45.

16. Southwind is currently defending FVC Logistics and Brito under a reservation of rights.

**THE POLICY**

17. Southwind issued a commercial automobile policy to FVC Logistics SWR-FL-0001905-23, which was in effect from October 1, 2023 through October 1, 2024 (the "Policy"). A true and correct copy of the Policy is attached as Exhibit B.

18. The Policy contains the following provisions:

**PART I- LIABILITY TO OTHERS**
**INSURING AGREEMENT – LIABILITY TO OTHERS**

Subject to the Limits of Liability, if you pay the premium for liability coverage for the insured auto involved, we will pay damages, other than punitive or exemplary damages, for bodily injury, property damage, and covered pollution cost or expense, for which an insured becomes legally responsible because of an accident arising out of the ownership, maintenance or use of that insured auto. However, we will only pay for the covered pollution cost or expense if the same accident also caused bodily injury or property damage to which this insurance applies.

We will settle or defend, at our option, any claim or lawsuit for damages covered by the Part I. We have no duty to settle or defend any lawsuit, or make any additional

payments, after the Limit of Liability for this coverage has been exhausted by payment of judgments or settlements.

**ADDITIONAL DEFINITIONS USED IN THIS PART I ONLY**

A.      When used in Part I - Liability To Others, insured means:

1.  You with respect to an insured auto.
2.  Any person while using, with your permission, and within the scope of that permission, an insured auto you own, hire, or borrow except:
     a.  A person while he or she is working in a business of selling, leasing, repairing, parking, storing, servicing, delivering or testing autos, unless that business is yours and it was so represented in your application.
     b.  A person, other than one of your employees, partners (if you are a partnership), members (if you are a limited liability company), officers or directors (if you are a corporation), or a lessee or borrower or any of their employees, while he or she is moving property to or from an insured auto.
     c.  The owner or anyone else from whom the insured auto is leased, hired, or borrowed unless the insured auto is a trailer connected to a power unit that is an insured auto. However, this exception does not apply if the insured auto is specifically described on the declarations page.

     For purposes of this subsection A.2., an insured auto you own includes any auto specifically described on the declarations page.

3.  Any other person or organization, but only with respect to the legal liability of that person or organization for acts or omissions of any person otherwise covered under this Part I ¬Liability To Others.

***

**SCHEDULED DRIVER ENDORSEMENT**
**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The Policy shall provide no coverage while a scheduled `auto' is being used or operated by any individual other than the drivers listed in the Scheduled Driver

Endorsement. No coverage shall be provided under the terms of this Policy to any individual operating a scheduled `auto' who has not been underwritten and approved by the Company and listed herein.

Drivers shall be scheduled as approved drivers, subject to underwriting review and approval. Driver(s) will be added to the Policy at 12:01 am, 2 business days following the Company's receipt of written request from the insured to endorse a driver(s), subject to underwriting approval. No changes will be accepted via a telephone request. Written request must include (requests may be faxed or emailed to the Company):

1. A clear copy of current driver license and MVR Abstract.
2. Effective Date.
3. Policy Number and Name of the insured.

## SUMMARY OF DRIVER QUALIFICATIONS

Minimum underwriting guidelines require the following terms to be met by each applicant:

1. Driver shall be between the ages of 25 and 65 years old. Drivers over the age of 65 may be eligible for approval upon the Company's review of the driver's medical statement.
2. No driver shall have accumulated more than 3 violations. MVRs are subject to the Company's review at any time during the term of the Policy. The total eligibility points shall be prior to any forgiveness earned. It is, however, the responsibility of the insured to notify the Company of any infractions or violations that would cause one of its drivers to become non-qualified for coverage under the Company's underwriting guidelines.
3. Hold a current valid commercial driver's license applicable to the class of the vehicle operated for at least 2 years. If the applicant had a license from more than one state in the past two years, it is the applicant's responsibility to provide proofs of out of state license.
4. A driver(s) driving rights must not have been suspended during the last year.
5. A driver(s) must not have any DUI/DWI convictions or any major violations within the past five years.
6. A driver(s) may not have more than 1 at fault accident within 3 years.

7.    A driver may be disqualified if it is determined that he/she has been convicted or pled guilty to violations of any motor vehicle code and shows a propensity to be reckless or indifferent to the public health, safety or welfare of others.

8.    A driver(s) must be certified to be physically and mentally fit by a health care provider. Company reserves its right to require a copy of medical certification during the term of the policy and at inception.

Drivers not meeting minimum underwriting guidelines will not be endorsed, unless approved by underwriting. It is the policy holder's responsibility to ensure that all its drivers are listed and qualified under this endorsement.

It is an express condition of this policy that non-scheduled and nonapproved drivers will not operate insured vehicles, and if liability arises from such operation it is the Insured's responsibility. Any costs incurred by the Southwind Risk Retention Group, Inc. as a result of claims arising out of the operation of insured vehicles by non-insured and/or non-approved drivers will be reimbursed to the Company by the Insured within 15 days of the demand.

***

**SCHEDULED DRIVER COVERAGE LIMITATION**

It is warranted by the Named Insured that drivers utilized in the "insured's" operation are specifically identified and scheduled in the policy.

No coverage is provided for any claim arising from an "accident" or "loss" involving a motorized vehicle being operated by an unscheduled driver. This includes any claim for damages made against any Named Insured, resident relative, or any other person or organization that is vicariously liable for an accident or loss arising out of the operation of a motorized vehicle by a driver unscheduled on the policy.

Should the Company pay sums the "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto" and it is subsequently discovered the "accident" involved unscheduled drivers, the Company reserves the right to seek reimbursement from the Named Insured of all sums paid, to the extent permitted by law.

LIST OF DRIVERS:

| # | Name | St | DL # | DOB |
|---|------|----|----|-----|
| 1 | FELIPE VELOZ | FL | V4<span>REDACTIONS APPLIED</span> | REDACTION/1965 |
| 2 | ARLEY SUAREZ | TX | 47<span>REDACTIONS APPLIED</span> | REDACTION/1991 |

19.    At the time of the Subject Accident, Brito was not a scheduled driver under the Policy.

20.    Upon information and belief, FVC Logistics, Brito, the Amazon Defendants and/or the plaintiffs in the Underlying Lawsuit believe there is coverage for the subject accident under the Policy.

21.    The plaintiffs in the Underlying Lawsuit and the Amazon defendants are proper parties because their interests, if any, may be affected by this Court's declaration.

22.    All conditions precedent to bringing this action have been performed or otherwise waived.

**COUNT I - DECLARATORY RELIEF OF NO COVERAGE BECAUSE BRITO WAS NOT A SCHEDULED DRIVER UNDER THE POLICY**
**(Against all Defendants)**

23.    Southwind realleges paragraphs 1 through 22 as paragraph 23 of Count I.

24.    The Policy's Scheduled Driver Endorsement states that the Policy "shall provide no coverage while a scheduled `auto' is being used or operated by any

9

individual other than the drivers listed in the Scheduled Driver Endorsement. No coverage shall be provided under the terms of this Policy to any individual operating a scheduled `auto' who has not been underwritten and approved by the Company and listed herein."

25.    The Policy's Declarations and Scheduled Driver Coverage Limitation then identify Filipe Veloz and Arley Suarez as the sole scheduled drivers.

26.    At the time of the subject accident, Brito was not listed as a scheduled driver under the Policy, neither via its declarations nor endorsements.

27.    Accordingly, the Policy does not provide coverage for any claims arising out of the subject accident.

28.    In view of the foregoing, an actual and present controversy exists between the parties as to the scope of Southwind's obligation, if any, to defend and therefore to indemnify for any claims arising out of the Subject Accident, including the underlying lawsuit.

WHEREFORE, Southwind respectfully requests this Court to find and declare that it does not have a duty to defend and therefore no duty to indemnify for any claims arising out of the Subject Accident, including the claims in the Underlying Lawsuit, and for such other and further relief to which it may be entitled.

Respectfully submitted,

*/s/ Katherine E. W. Manning*
Joseph L. Cowan II (COW006)
Katherine E.W. Manning (WES047)
*Attorney for Southwind Risk Retention Group*


OF COUNSEL:
HAND ARENDALL HARRISON SALE, LLC
1801 Fifth Avenue North, Suite 400
Birmingham, AL  35203
Tel:    (205) 324-4400
Email: jcowan@handfirm.com
          kmanning@handfirm.com


**PLEASE SERVE THE FOLLOWING DEFENDANTS AS FOLLOWS**

**VIA CERTIFIED MAIL**:

FVC Logistics
c/o Felipe Veloz
3923 Pintail Ct.
Orlando, Florida 32822

Liondys Matias Brito
2583 39th Avenue NE
Naples, Florida 34120

11

## WAIVER OF SERVICE REQUESTED FROM:

Kristin Waters Sullivan is the duly appointed
personal representative of the Estate of Bailey Noelle Kirton
c/o Sara L. Williams (WIL363)
Singleton and Schreiber
1143 1st Ave. South #113
Birmingham, Alabama 35233
swilliams@asilpc.com

Christopher Donavin Kirton
c/o Sara L. Williams (WIL363)
Singleton and Schreiber
1143 1st Ave. South #113
Birmingham, Alabama 35233
swilliams@asilpc.com

Amazon Logistics, Inc.
c/o J. Alex Wyatt
Wilson Elser Moskowitz Edleman & Dicker LLP
1550 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
alex.wyatt@wilsonelser.com

Amazon.com Inc.
c/o J. Alex Wyatt
Wilson Elser Moskowitz Edleman & Dicker LLP
1550 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
alex.wyatt@wilsonelser.com

Amazon.com Services, LLC
c/o J. Alex Wyatt
Wilson Elser Moskowitz Edleman & Dicker LLP
1550 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
alex.wyatt@wilsonelser.com

12